# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALBERTA HITE

NO. 2021 CW 0857

VERSUS

JUDITH SAVOIE FARMER, APPOINTED
SUCCESSION REPRESENTATIVE AND/OR
EXECUTRIX OF THE SUCCESSION OF
JAMES FARMER, GREAT AMERICAN
INSURANCE COMPANY, UV LOGISTICS,
L.L.C. D/B/A UNITED VISION
LOGISTICS, GEICO CASUALTY
INSURANCE COMPANY AND UV
INSURANCE RISK RETENTION GROUP,
INC.

CONSOLIDATED WITH

KAYCI R. FRANCOIS, AS
PROVISIONAL TUTRIX OF PAYTIN
SIMON

VERSUS

JUDITH SAVOIE FARMER, APPOINTED
SUCCESSION REPRESENTATIVE AND/OR
EXECUTRIX OF THE SUCCESSION OF
JAMES FARMER, GREAT AMERICAN
INSURANCE COMPANY, UV LOGISTICS,
L.L.C. D/B/A UNITED VISION
LOGISTICS, GEICO CASUALTY
INSURANCE COMPANY AND UV
INSURANCE RISK RETENTION GROUP,
INC.

**OCTOBER 25, 2021**

---

In Re: Kayci R. Francois, as Provisional Tutrix of Paytin
Simon and Alberta Hite, applying for supervisory
writs, 32nd Judicial District Court, Parish of
Terrebonne, No. 175,982 c/w 176,986.

---

BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT